Name: Brett M. Schutte D.B.A. ONE SUN
Address: 4434 Florida St. #6 San Diego, CA 92116
Telephone Phone: 760 712 0426
Email: Brett92084@gmail.com

**FILED**

Jun 18 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ jenniferv        DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Brett M. Schutte
4434 Florida St. #6
San Diego, CA 92116
                                    Plaintiff(s),

v.

NuCor Corporation
Board of Regents University of Minnesota
Arizona Board of Regents
                                    Defendant(s).

Case No.: **'19CV1149 LAB NLS**
(assigned at time of filing)

**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

I went to Nucor Corporation for a joint venture regarding One Sun's new business plan for an Iron processing plant and shipping port. I sent Nucor samples of the Iron and other natural resources and Nucor forwarded the samples to the University of Minnesota for testing.

The Director from The University of Minnesota made arrangements to fly in to San Diego to visit me and my company One Sun; based on the quality of the samples analyzed. I asked the University as well as Nucor for a security letter for myself and protection for my company that they will NOT Bypass nor have any form of communications with any of my contacts regarding the samples they received.

Prior to the University of Minnesota's arrival, The University brought in representatives From Clearwater LayLine LLC, a sub-contractor to The University of Minnesota. I received an email from the University Of Minnesota on Clearwater Layline LLC letter head with this said agreement. The representatives from the University of Minnesota and Clearwater Layline LLC without my consent or knowledge went back down to the sites, using different aliases, representing the University Of Arizona, and started working with my contacts.

Now I have a multiple number of steel companies, pharmaceutical companies and their engineers working and living on these sites. Several more companies are not listed on this suit and I am seeking counsel from this court to render this situation and bring all involved parties into this court case and hold them accountable for their actions.

I am proceeding with a lawsuit against the following companies.

Nucor Corporation including Brad True
Board of Regents- University Of Minnesota including Dave Hendrickson and Sarat Panigrahy
Arizona Board of Regents including J. Brent Hiskey
Clearwater Layline LLC, including Robert H Scarlett and Jeffrey Hanson
Beyond 2000 of North East Minnesota including Dave Hendrickson

## III. RELIEF YOUR REQUEST

I am requesting the court for a trial by Jury to bring in all parties involved and those not listed, accountable.

One Sun is a Sole Proprietorship and doesn't have the means to compete against these big conglomerates.

**IV. DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

6.14.2019
Date

[signature]
Signature

Brett M. Schutte
Printed Name