# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT M. SCHUTTE,<br>　　　　　　　　　Plaintiff,<br>v.<br>NUCOR CORPORATION, et al.,<br>　　　　　　　　　Defendants. | Case No.: 19cv1149-LAB (NLS)<br>**ORDER OF DISMISSAL** |

Plaintiff Brett Schutte was ordered, no later than the close of business on August 12, 2019, to file a brief showing that the Court has jurisdiction over this action. (*See* Docket no. 7.) If he did not, the Court cautioned him, this action would be dismissed without prejudice for lack of jurisdiction.

Schutte has not filed the required brief, and this action is therefore **DISMISSED WITHOUT PREJUDICE**, for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated: August 13, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge